UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MICHAEL HOWARD HUNTER, )
)
        Plaintiff, )
v. ) No. 3:10-cv-0101-JMS-WGH
)
SHERIFF WILLIAMS, )
)
        Defendant. )

**Order Denying Motion to Vacate**

     Motions require reasons. Rule 7(b)(1) states in relevant part, "An application to the court for an order shall be made by motion which, unless made during a hearing or trial, shall be made in writing, shall state with particularity the grounds therefor, and shall set forth the relief or order sought." **Fed.R.Civ.P.** 7(b)(1). In the Seventh Circuit, "particularity" has been interpreted to mean "reasonable specification." *Talano v. Northwestern Med. Faculty Found., Inc.,* 273 F.3d 757, 760 (7th Cir. 2001).

     Because the motion to vacate [54] lacks a coherent statement of reasonable specification for the relief sought, that motion is **denied.**

     **IT IS SO ORDERED.**


Date: _____


Distribution:

Michael Hunter
3500 Harlan Ave
Evansville, IN 47711

dmiller@zsws.com

jblanton@zsws.com